| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| CARA E. TRAPANI | SBN: 313411<br>Rosen, Bien & Galvan & Grunfeld LLP<br>50 Fremont Street, 19th Floor, San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

United States District Court
  STREET ADDRESS: 501 I Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Sacramento, CA 95814
  BRANCH NAME: Eastern District of California

PLAINTIFF/PETITIONER: RENA WYMAN

DEFENDANT/RESPONDENT: HIGH TIMES PRODUCTIONS, INC. AND CALIFORNIA EXPOSITION AND STATE FAIR

CASE NUMBER: 2:18-CV-02621-TLN-EFB

PROOF OF SERVICE

Ref. No. or File No.: 1544-1

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT, 42 U.S.C. § 12101, ET SEQ., SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 794, THE CALIFORNIA UNRUH CIVIL RIGHTS ACT, CAL. CIV. CODE §§ 51 & 52, THE CALIFORNIA DISABLED PERSONS ACT, CAL. CIV. CODE §§ 54-54.3; AND NEGLIGENCE; NOTICE OF RELATED CASE [E.D. CAL. L.R. 123]; INITIAL PRETRIAL SCHEDULING ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF RENA WYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; RE-NOTICE OF HEARING DATE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

PARTY SERVED: CALIFORNIA EXPOSITION AND STATE FAIR
PERSON SERVED: Kelly Hudock - Authorized to Accept Service
DATE & TIME OF DELIVERY: 9/25/2018 2:33 PM
DDRESS, CITY, AND STATE: 1600 EXPOSITION BLVD. SACRAMENTO, CA 95815

ANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 196.75
  County: SACRAMENTO
  Registration No.: 2015-16
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1544-1

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 26, 2018

Signature: _____
MICHAEL VAN HOOSER

PROOF OF SERVICE

(a)(23)[New July 1, 1987]                                                                                           Order#: P164337/General