UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA WYMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIGH TIMES PRODUCTIONS, INC., and CALIFORNIA EXPOSITION AND STATE FAIR,<br><br>　　　　　Defendant. | No. 2:18-CV-02621-TLN-EFB<br><br>**ORDER GRANTING AMENDED STIPULATION EXTENSION OF TIME TO RESPOND TO COMPLAINT, CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION, AND EXTENSION OF BRIEFING SCHEDULE** |

Pursuant to the Stipulation Re: Extension of Time to Respond to Complaint, Continuance of Hearing on Motion for Preliminary Injunction, and Extension of Brief Schedule, (ECF No. 18), and for good cause shown:

IT IS HEREBY ORDERED that the deadline for Defendants High Times Productions, Inc. and California Exposition and State Fair to file a response to the Complaint filed September 24, 2018, shall be extended from October 15, 2018, to and including October 30, 2018.

IT IS FURTHER ORDERED that the Hearing on Plaintiff's Motion for Preliminary Injunction currently scheduled for October 18, 2018 at 2:00 p.m. is continued until December 6, 2018 at 2:00 p.m.

///

IT IS FURTHER ORDERED that the briefing schedule on Plaintiff's Motion for Preliminary Injunction is continued in accordance with the December 6, 2018 hearing date.

IT IS SO ORDERED.

Dated: October 15, 2018

Troy L. Nunley
United States District Judge