ERNEST GALVAN – 196065
CARA E. TRAPANI – 313411
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbgg.com
ctrapani@rbgg.com

Attorneys for Plaintiff RENA WYMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RENA WYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH TIMES PRODUCTIONS, INC., and CALIFORNIA EXPOSITION AND STATE FAIR,<br><br>　　　　Defendants. | Case No. 18-CV-02621-TLN-EFB<br><br>**ORDER ON STIPULATION TO VACATE HEARING SET FOR DECEMBER 6, 2018 AT 2 PM WITHOUT PREJUDICE TO RE-NOTICING**<br><br>Judge: Hon. Troy L. Nunley<br>Date: Dec. 6, 2018<br>Time: 2:00 p.m.<br><br>Trial Date: None Set |

## ORDER

Pursuant to the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the hearing now set for December 6, 2018, at 2:00 p.m., is vacated without prejudice to Plaintiff re-noticing the motion in the future.

IT IS HEREBY ORDERED that the briefing schedule set forth in the Court's order of October 17, 2018, Docket No. 19 is vacated.

Dated: November 19, 2018

Troy L. Nunley
United States District Judge

ORDER ON STIPULATION TO VACATE HEARING SET FOR DECEMBER 6, 2018 AT 2 PM WITHOUT PREJUDICE TO RE-NOTICING