**SAMINI COHEN SPANOS LLP**
2801 West Coast Highway, Suite 200
Newport Beach, California 92663

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RENA WYMAN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH TIMES PRODUCTIONS, INC., and CALIFORNIA EXPOSITION AND STATE FAIR,<br><br>　　　　Defendants. | Case No. 18-CV-02621-TLN-EFB<br><br>**ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES**<br><br>Judge:　　Hon. Troy L. Nunley |

[3390920.1]

- 1 –
**ORDER TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES**

# **ORDER**

Based upon the concurrently filed Stipulation of the parties and good cause appearing, the Court orders the following:

1. The deadline for completion of non-expert discovery shall be continued from June 27, 2019, to July 29, 2019;

2. The expert disclosure deadline under Rule 26(a)(2)(B) shall be continued to from August 26, 2019, to September 25, 2019; and

3. The supplemental expert disclosures deadline shall be continued from September 25, 2019, to October 25, 2019.

**IT IS SO ORDERED.**

Dated: May 21, 2019

_____
Troy L. Nunley
United States District Judge