1  ERNEST GALVAN – 196065
   CARA E. TRAPANI – 313411
2  ROSEN BIEN GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
3  San Francisco, California 94105-1738
   Telephone:  (415) 433-6830
4  Facsimile:  (415) 433-7104
   Email:       egalvan@rbgg.com
5               ctrapani@rbgg.com

6  Attorneys for Plaintiff RENA WYMAN

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11  RENA WYMAN,                          Case No. 2:18-CV-02621-TLN-EFB

12          Plaintiff,                   **ORDER GRANTING STIPULATED
                                         REQUEST TO DISMISS CASE**
13      v.
                                         Judge:  Hon. Troy L. Nunley
14  HIGH TIMES PRODUCTIONS, INC., and
    CALIFORNIA EXPOSITION AND            Trial Date:     None Set
15  STATE FAIR,

16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the parties' Stipulation of Dismissal of Case and the parties' representations to the Court concerning settlement NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.     All of Plaintiff's claims in the above-captioned action are hereby dismissed, with prejudice.

2.     The Complaint in this action is hereby dismissed.

3.     The Court retains jurisdiction over this case with respect to Defendant High Times Productions, Inc. to enforce the terms of the settlement of Plaintiff's claims against High Times ("High Times Settlement Agreement").  Should this Court become unavailable, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

4.     Defendant California Exposition and State Fair is hereby dismissed from this case.  The Court does not retain jurisdiction over Cal Expo for any purpose.

IT IS SO ORDERED.

DATED:  September 30, 2019

Troy L. Nunley
United States District Judge