ERNEST GALVAN – 196065
CARA E. TRAPANI – 313411
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         egalvan@rbgg.com
                  ctrapani@rbgg.com

Attorneys for Plaintiff RENA WYMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RENA WYMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>HIGH TIMES PRODUCTIONS, INC., and CALIFORNIA EXPOSITION AND STATE FAIR,<br><br>             Defendants. | Case No. 18-CV-02621-TLN-EFB<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Judge:  Hon. Troy L. Nunley<br>Date:   December 19, 2019<br>Time:   2:00 p.m.<br>Crtrm.: 2, 15th Floor, Sacramento<br><br>Trial Date:       None Set |

Plaintiff RENA WYMAN's ("Plaintiff" or "Ms. Wyman") Motion to Enforce Settlement Agreement ("Motion"), Dkt. 38, is currently set for hearing on December 19, 2019, at 2:00 p.m.  Because Defendant HIGH TIMES PRODUCTIONS, INC. ("High Times") has engaged in a pattern of behavior that suggests it either cannot or will not make payments to Ms. Wyman and Ms. Wyman's counsel as required by the parties' Settlement Agreement, and because Ms. Wyman is low-income, relies on SSI disability benefits, and is therefore being harmed by High Times' refusal to make the required payments, Ms. Wyman hereby applies to this Court pursuant to Local Rule 144 for an order shortening time and specially setting the hearing for November 22, 2019, or as soon thereafter as possible so that the Motion may be heard before High Times becomes insolvent.

The parties reached an agreement to settle this case in September 2019.  On September 30, 2019, a notice of settlement was filed with the Court, along with a copy of the Settlement Agreement between Ms. Wyman and High Times.  *See* Notice of Settlement, Dkt. 36, Ex. A.  The Settlement Agreement requires High Times to make payments of $40,000 in cash and $10,000 worth of stock to Ms. Wyman and $45,000 to Ms. Wyman's counsel no later than October 25, 2019.  *Id.* 11-12.  High Times did not make any payments on or before October 25, 2019, as required by the Agreement, and has made no payment to Plaintiff or Plaintiff's counsel since then.  *See generally*, Mot. to Enforce Settlement, Dkt. 38.

On November 14, 2019, Ms. Wyman filed a Notice of Motion and Motion to Enforce Settlement Agreement requesting that this Court enter a Judgment against High Times in the principal amount of $95,000—$40,000 in cash and $10,000 worth of stock to Ms. Wyman, plus $45,000 to Ms. Wyman's counsel.  *See id.*  Pursuant to Local Rule 230(b), which requires motions "to be heard not less than twenty-eight (28) days after service and filing of the motion," and this Court's calendar, Ms. Wyman noticed her Motion for December 19, 2019.  However, this hearing date would cause further harm to Ms. Wyman, who has already had to wait past the expected timeframe to receive payment

and endure three separate missed extensions by High Times.  Waiting to hear this matter until December 19, 2019 increases the risk that Ms. Wyman will be unable to recover any of the required payments if High Times becomes insolvent in the intervening period.

Ms. Wyman therefore requests that the Court shorten time and specially set the hearing for Ms. Wyman's Motion for November 22, 2019, eight days after Ms. Wyman filed her Motion.  Pursuant to Local Rule 144(e), Plaintiff's counsel has attempted to contact counsel for Defendants to stipulate to a shortened briefing schedule to accommodate this request.  *See* Decl. of Cara E. Trapani In Supp. of Application to Shorten Time ("Trapani Decl."), filed herewith, ¶¶ 3, 4.  Counsel for High Times represented that he lacked authorization to agree to this request.  *Id.* ¶ 4.  After High Times failed to provide the payments by the agreed-upon extended deadline of November 13, 2019, Ms. Wyman filed her Motion to Enforce Settlement.  *See* Dkt. 38.

Ms. Wyman therefore requests that this Court specially set the hearing for her Motion on November 22, 2019, require High Times' response to the Motion by November 18, 2019, and require Ms. Wyman to file any reply by November 19, 2018.  In the alternative, Ms. Wyman requests that the Court specially set the hearing at the Court's earliest convenience, telephonically if necessary.  If the Court cannot accommodate these requests, Ms. Wyman is willing to submit her Motion without a hearing if necessary.

For the foregoing reasons, Ms. Wyman requests that the Court shorten time in which to hear and brief her Motion to Enforce Settlement Agreement and specially set the hearing for November 22, 2019, or as soon thereafter as possible.

DATED:  November 14, 2019            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
     Cara E. Trapani

Attorneys for Plaintiff RENA WYMAN