UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA WYMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>HIGH TIMES PRODUCTIONS, INC. et al.,<br><br>   Defendants. | No. 2:18-cv-02621-TLN-EFB<br><br>**JUDGMENT** |

This action was decided by this Court on Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 38). This Court has ordered that Plaintiff RENA WYMAN ("Plaintiff") recover from Defendant HIGH TIMES PRODUCTIONS, INC. ("High Times"), the amount of $40,000 in cash and $10,000 worth of stock. The Court has further ordered that Plaintiff's counsel recover from High Times the amount of $45,000 in cash.

   IT IS SO ORDERED.

DATED: November 3, 2020

Troy L. Nunley
United States District Judge